IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JEREMY SCOTT CARTER,** | ) | Civil Action No. **7:13-cv-00374** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE, et al.,** | ) | By:   Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that Plaintiff's motion for a temporary restraining order is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: August 19, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge